IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Mark Darnell Porter | ) | CASE NO. 6:12CR00012-002 |

## ORDER

Defendant Mark Darnell Porter has filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) and Amendment 794 to the United States Sentencing Guidelines. Amendment 794 was effective on November 1, 2015. This Amendment modified the Commentary to U.S.S.G. § 3B1.2 (Mitigating Role) to give sentencing courts additional guidance in determining whether a mitigating role adjustment applies.

Amendments to the Guidelines may only be applied retroactively if they are listed at Section 1B1.10(d) of the United States Sentencing Guidelines Manual. Amendment 794 is not found within that list. As such, a reduction to Defendant's sentence under 18 U.S.C. § 3582(c)(2) is not authorized.

Defendant's Motion is **DENIED**.

**SO ORDERED**, this 17 day of November, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA