# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR612-012 |
| | ) | |
| MARK DARNELL PORTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant motion for a "status" update regarding the deadline to respond to to his motion to appoint counsel, which was denied by Order on October 24, 2016 (doc. 130) is **DENIED** as moot. Doc. 127. His "motion for additional consideration under Amendment 794," an amendment to the Sentencing Guidelines which is *not* retroactive and thus has *no effect whatsoever* on his sentence, is also **DENIED**. Doc. 137; *see* doc. 77 (judgment entered March 5, 2013); U.S.S.G. App. C, Amendment 794 (effective November 1, 2015); U.S.S.G. §1B1.10(a)(2) (list of all retroactive amendments to the Sentencing Guidelines, of which Amendment 794 is conspicuously absent).

**SO ORDERED,** this __30th__ day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA